UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
OLSON, HAROLD J.  §  Case No. 16-21348
§
§
Debtors(s)  §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/30/2016. The undersigned trustee was appointed on 06/30/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 4,138.85 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 45.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 4,093.85 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 11/25/2016 and the deadline for filing governmental claims was 12/27/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D.**

    8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $1034.71. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $750.00, for a total compensation of $750.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00 for total expenses of $0.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :  01/03/2017            By :  /s/ Elizabeth Berg
                                                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 16-21348  
Case Name: OLSON, HAROLD J.  
Judge: Donald R. Cassling  
Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 06/30/2016 (f)  
341(a) Meeting Date: 07/25/2016  
For Period Ending: 01/03/2017  
Claims Bar Date: 11/25/2016

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Misc. household goods | 200.00 | 0.00 | | 0.00 | FA |
| 2. | TVs and computers | 250.00 | 0.00 | | 0.00 | FA |
| 3. | Books, Pictures, and CD's | 100.00 | 0.00 | | 0.00 | FA |
| 4. | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5. | Miscellaneous Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 6. | One dog | 25.00 | 0.00 | | 0.00 | FA |
| 7. | Cash on Hand | 5.00 | 0.00 | | 0.00 | FA |
| 8. | Checking account with 1st National Bank | 4,410.74 | 4,138.85 | | 4,138.85 | FA |
| 9. | Savings account with 1st National Bank | 2,232.11 | 0.00 | | 0.00 | FA |
| 10. | Checking Account with Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 11. | Savings Account with Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 12. | Checking Account with 5th 3rd Bank | 1,496.00 | 0.00 | | 0.00 | FA |
| 13. | Savings Account with 5th 3rd Bank | 0.00 | 0.00 | | 0.00 | FA |
| 14. | Term Life Insurance policy through Chevron | 0.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-21348 | Judge: | Donald R. Cassling | Trustee Name: | Elizabeth C Berg |
| Case Name: | OLSON, HAROLD J. | | | Date Filed (f) or Converted (c): | 06/30/2016 (f) |
| | | | | 341(a) Meeting Date: | 07/25/2016 |
| For Period Ending: | 01/03/2017 | | | Claims Bar Date: | 11/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding Unknown Values) | 9,318.85 | 4,138.85 | | 4,138.85 | 0.00 |

Re Prop. #14   Trustee investigated to determine if there is equity available to the Estate and determined there is no equity

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

December 28, 2016:  Trustee determined there was no equity in the life insurance policy and no other recoverable assets of value.  Trustee reviewed claims and prepared TFR.

October 26, 2016:  Trustee made demand upon Debtor for a turnover of the non-exempt funds in the Debtor's bank accounts.  Debtor turned over what appeared to be a portion of the non-exempt funds (based upon the Debtor's original schedules).  Trustee requested that the Debtor produce copies of bank statements so that she could verify the actual value of non-exempt property as of the commencement of this case.  Debtor amended his schedules to adjust the bank account balances and re-allocate his exemptions.  Trustee verified the amounts in the bank accounts (per the amended schedules) and the validity of claimed exemptions and confirmed recovery of all non-exempt proceeds from bank accounts. Trustee is investigating the Debtor's financial affairs in an effort to identify additional assets of value to the Estate.

**Initial Projected Date of Final Report(TFR) :** 06/30/2017   **Current Projected Date of Final Report(TFR) :** 06/30/2017

| **Trustee's Signature** | /s/Elizabeth C Berg | **Date:** 01/03/2017 |
| | Elizabeth C Berg | |
| | 20 N. Clark St., Suite 200 | |
| | Chicago, IL 60602 | |
| | Phone : (312) 726-8150 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No:** | 16-21348 | **Trustee Name:** | Elizabeth C Berg |
| **Case Name:** | OLSON, HAROLD J. | **Bank Name:** | Texas Capital Bank |
| | | **Account Number/CD#:** | ******5187 Checking Account |
| **Taxpayer ID No:** | **-***0969 | **Blanket bond (per case limit):** | 5,000,000.00 |
| **For Period Ending:** | 1/3/2017 | **Separate bond (if applicable):** | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/16/2016 | [8] | Harold J. Olson<br>119 W Galena Blvd. #301<br>Sugar Grove, IL 60554 | Turnover of Bank Account Funds | 1129-000 | 4,138.85 | | 4,138.85 |
| 09/06/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,123.85 |
| 10/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,108.85 |
| 11/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,093.85 |
| | | | | Page Subtotals | 4,138.85 | 45.00 | |

| | | |
|---|---:|---:|
| **COLUMN TOTALS** | 4,138.85 | 45.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 4,138.85 | 45.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 4,138.85 | 45.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-21348 | Trustee Name: Elizabeth C Berg |
| Case Name: OLSON, HAROLD J. | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5187 Checking Account |
| Taxpayer ID No: **-***0969 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 1/3/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | | Deposits($) | Disbursements($) | Account/ CD Balance($) |

|  |  |  |  |  |
|---|---|---|---|---|
| All Accounts Gross Receipts: | 4,138.85 | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| All Accounts Gross Disbursements: | 45.00 | ******5187 Checking Account | 4,138.85 | 45.00 | |
| All Accounts Net: | 4,093.85 | **NetTotals** | 4,138.85 | 45.00 | 4,093.85 |

Case: 16-21348  
OLSON, HAROLD J.

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100<br>ADMIN | 0.00 | 750.00 | 750.00 | 0.00 | 750.00 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110<br>ADMIN | 0.00 | 1,750.00 | 1,750.00 | 0.00 | 1,750.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **2,500.00** | **2,500.00** | **0.00** | **2,500.00** |
| 00001 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272<br>Filed: 09/09/16 | 7100<br>UNSEC | 25,302.00 | 25,302.37 | 25,302.37 | 0.00 | 25,302.37 |
| 00002 | OneMain<br>PO Box 3251<br>Evansville, IN 47731<br>Filed: 10/25/16 | 7100<br>UNSEC | 8,625.00 | 8,625.77 | 8,625.77 | 0.00 | 8,625.77 |
| 00003 | American Express Centurion<br>PO Box 3001<br>Malvern, PA 19355<br>Filed: 11/15/16 | 7100<br>UNSEC | 21,605.00 | 21,605.34 | 21,605.34 | 0.00 | 21,605.34 |
| 00004 | American InfoSource LP as<br>PO Box 248838<br>Oklahoma City, OK 73124<br>Filed: 11/17/16 | 7100<br>UNSEC | 399.00 | 391.46 | 391.46 | 0.00 | 391.46 |
| **UNSECURED TOTAL** | | | **55,931.00** | **55,924.94** | **55,924.94** | **0.00** | **55,924.94** |
| **REPORT TOTALS** | | | **55,931.00** | **58,424.94** | **58,424.94** | **0.00** | **58,424.94** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-21348

Case Name: OLSON, HAROLD J.

Trustee Name: Elizabeth C Berg

Balance on Hand $4,093.85

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:   Elizabeth C. Berg, Trustee | $ 750.00 | $ 0.00 | $ 750.00 |
| Attorney for Trustee, Fees:  Baldi Berg, Ltd. | $ 1,750.00 | $ 0.00 | $ 1,750.00 |

Total to be paid for chapter 7 administrative expenses $ 2,500.00

Remaining Balance $ 1,593.85

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $55,924.94 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Capital One Bank (USA), N.A. | $ 25,302.37 | $ 0.00 | $ 721.11 |
| 00002 | OneMain | $ 8,625.77 | $ 0.00 | $ 245.83 |
| 00003 | American Express Centurion Bank c/o | $ 21,605.34 | $ 0.00 | $ 615.75 |
| 00004 | American InfoSource LP as agent for | $ 391.46 | $ 0.00 | $ 11.16 |

UST Form 101-7-TFR (5/1/2011) Page 3

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| Total to be paid to timely general unsecured creditors | | | | $ 1,593.85 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE