UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No.   16-21348 |
| OLSON, HAROLD J. | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:

10:45 a.m. on Friday,  March 10, 2017
in Courtroom 240 of the Kane County Courthouse
100 South Third Street, Geneva, Illinois 60134

Date Mailed: _____    By :   Jeffrey P. Allsteadt
                                              Clerk of the Court

Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
OLSON, HAROLD J. § Case No. 16-21348
 §
 §
 §
Debtors(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 4,138.85 |
| and approved disbursements of | $ | 45.00 |
| leaving a balance on hand of: | $ | 4,093.85 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 750.00 | $ 0.00 | $ 750.00 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,500.00 |
| Remaining Balance | | | $ 1,593.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (10/1/2010)(Page 2 )

Timely claims of general (unsecured) creditors totaling $55,924.94 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.9 ∕, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 00001 | Capital One Bank (USA), N.A. | $ 25,302.37 | $ 0.00 | $ 721.11 |
| 00002 | OneMain | $ 8,625.77 | $ 0.00 | $ 245.83 |
| 00003 | American Express Centurion Bank c/o | $ 21,605.34 | $ 0.00 | $ 615.75 |
| 00004 | American InfoSource LP as agent for | $ 391.46 | $ 0.00 | $ 11.16 |
| Total to be paid to timely general unsecured creditors | | | | $ 1,593.85 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 ∕, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 ∕, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:    /s/ Elizabeth Berg
                          Trustee

Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)(Page 3 )

United States Bankruptcy Court
Northern District of Illinois

In re:  
Harold J. Olson  
     Debtor

Case No. 16-21348-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: froman     Page 1 of 1     Date Rcvd: Feb 09, 2017  
                 Form ID: pdf006    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2017.
```
db           +Harold J. Olson,    119 W. Galena Blvd., Apt. # 3,    Sugar Grove, IL 60554-9833
aty          +Baldi Berg, Ltd.,    20 N. Clark Street,    Suite 200,    Chicago,, IL 60602-4120
25093148      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
24885129      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
25103907      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 10 2017 01:20:11
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
25030457     +E-mail/PDF: cbp@onemainfinancial.com Feb 10 2017 01:19:59      OneMain,    PO Box 3251,
               Evansville, IN 47731-3251
                                                                                             TOTAL: 2
```

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2017 at the address(es) listed below:
```
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@iq7technology.com,jmanola@baldiberg.com
              Joseph P Doyle    on behalf of Debtor 1 Harold J. Olson joe@fightbills.com,    courts@fightbills.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```