UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| OLSON, HAROLD J. | § | Case No. 16-21348 |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $5.00 | Assets Exempt: $4,500.00 |
| (Without deducting any secured claims) | |
| Total Distributions to Claimants: $1,593.85 | Claims Discharged |
| | Without Payment: $127,009.06 |
| Total Expenses of Administration: $2,545.00 | |

3) Total gross receipts of $4,138.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,138.85 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $2,545.00 | $2,545.00 | $2,545.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $13,000.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $128,608.97 | $55,924.94 | $55,924.94 | $1,593.85 |
| **TOTAL DISBURSEMENTS** | $141,608.97 | $58,469.94 | $58,469.94 | $4,138.85 |

4) This case was originally filed under chapter 7 on 06/30/2016. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   04/07/2017          By :    /s/ Elizabeth C Berg

Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Checking account with 1st National Bank | 1129-000 | $4,138.85 |
| **TOTAL GROSS RECEIPTS** | | $4,138.85 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | | NA | NA | NA | NA | NA |
| **TOTAL SECURED** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3110-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $750.00 | $750.00 | $750.00 |
| Texas Capital Bank | 2600-000 | NA | $45.00 | $45.00 | $45.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,545.00 | $2,545.00 | $2,545.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| IRS | | | $13,000.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $13,000.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00004 | American InfoSource LP as agent | 7100-000 | $399.00 | $391.46 | $391.46 | $11.16 |
| 00003 | American Express Centurion | 7100-000 | $21,605.00 | $21,605.34 | $21,605.34 | $615.75 |
| 00002 | OneMain | 7100-000 | $8,625.00 | $8,625.77 | $8,625.77 | $245.83 |
| 00001 | Capital One Bank (USA), N.A. | 7100-000 | $25,302.00 | $25,302.37 | $25,302.37 | $721.11 |
| | Alden of Waterford | | $14,377.42 | NA | NA | $0.00 |
| | AUM | | $124.48 | NA | NA | $0.00 |
| | Bk Of Amer | | $6,209.00 | NA | NA | $0.00 |
| | Bk Of Amer | | $3,024.00 | NA | NA | $0.00 |
| | Cadence Health | | $35.25 | NA | NA | $0.00 |
| | Chase Card | | $13,648.00 | NA | NA | $0.00 |
| | Chase Card | | $8,271.00 | NA | NA | $0.00 |
| | Chase Card | | $6,203.00 | NA | NA | $0.00 |
| | Chase Card | | $5,631.00 | NA | NA | $0.00 |
| | Chase Card | | $5,021.00 | NA | NA | $0.00 |
| | Comcast | | $254.70 | NA | NA | $0.00 |
| | Comcast | | $141.51 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Management LP | | $141.51 | NA | NA | $0.00 |
| | Credit Mgmt | | $70.00 | NA | NA | $0.00 |
| | Kane Podiatry Associates, S.C. | | $1,505.00 | NA | NA | $0.00 |
| | Lincoln Property | | NA | NA | NA | $0.00 |
| | Med-Care | | $92.50 | NA | NA | $0.00 |
| | Northwestern Medicine | | $20.79 | NA | NA | $0.00 |
| | NW Infectious Disease | | $150.13 | NA | NA | $0.00 |
| | Preserve at Cantera Apartment | | $2,542.93 | NA | NA | $0.00 |
| | Ridge Ambulance Service | | $62.00 | NA | NA | $0.00 |
| | RMC | | $19.46 | NA | NA | $0.00 |
| | Rush-Copley | | $3,294.00 | NA | NA | $0.00 |
| | South Naperville Family Practice | | $189.29 | NA | NA | $0.00 |
| | Spitz & Braxton Ltd | | $39.83 | NA | NA | $0.00 |
| | Steven M. Lewis S.C | | $208.98 | NA | NA | $0.00 |
| | Superior Air Ground Amb Service | | $1,207.50 | NA | NA | $0.00 |
| | United Health Care Services | | $182.45 | NA | NA | $0.00 |
| | Valley Imaging Consultants, LLC | | $11.24 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $128,608.97 | $55,924.94 | $55,924.94 | $1,593.85 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **16-21348**
Case Name:  **OLSON, HAROLD J.**

Judge:  **Janet S. Baer**

Trustee Name:  **Elizabeth C Berg**
Date Filed (f) or Converted (c):  **06/30/2016 (f)**
341(a) Meeting Date:  **07/25/2016**
Claims Bar Date:  **11/25/2016**

For Period Ending:  **04/07/2017**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.   Misc. household goods | 200.00 | 0.00 | | 0.00 | FA |
| 2.   TVs and computers | 250.00 | 0.00 | | 0.00 | FA |
| 3.   Books, Pictures, and CD's | 100.00 | 0.00 | | 0.00 | FA |
| 4.   Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 5.   Miscellaneous Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 6.   One dog | 25.00 | 0.00 | | 0.00 | FA |
| 7.   Cash on Hand | 5.00 | 0.00 | | 0.00 | FA |
| 8.   Checking account with 1st National Bank | 4,410.74 | 4,138.85 | | 4,138.85 | FA |
| 9.   Savings account with 1st National Bank | 2,232.11 | 0.00 | | 0.00 | FA |
| 10.  Checking Account with Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 11.  Savings  Account with Chase Bank | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Checking Account with 5th 3rd Bank | 1,496.00 | 0.00 | | 0.00 | FA |
| 13.  Savings  Account with 5th 3rd Bank | 0.00 | 0.00 | | 0.00 | FA |
| 14.  Term Life Insurance policy through Chevron | 0.00 | 0.00 | | 0.00 | FA |

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **16-21348**
Case Name:  **OLSON, HAROLD J.**

Judge:  **Janet S. Baer**

Trustee Name:  **Elizabeth C Berg**
Date Filed (f) or Converted (c):  **06/30/2016 (f)**
341(a) Meeting Date:  **07/25/2016**
Claims Bar Date:  **11/25/2016**

For Period Ending:  **04/07/2017**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | 9,318.85 | 4,138.85 | | 4,138.85 | 0.00 |

Re Prop. #14  Trustee investigated to determine if there is equity available to the Estate and determined there is no equity

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**December 28, 2016:  Trustee determined there was no equity in the life insurance policy and no other recoverable assets of value.  Trustee reviewed claims and prepared TFR.**

**October 26, 2016:  Trustee made demand upon Debtor for a turnover of the non-exempt funds in the Debtor's bank accounts.  Debtor turned over what appeared to be a portion of the non-exempt funds (based upon the Debtor's original schedules).  Trustee requested that the Debtor produce copies of bank statements so that she could verify the actual value of non-exempt property as of the commencement of this case.  Debtor amended his schedules to adjust the bank account balances and re-allocate his exemptions.  Trustee verified the amounts in the bank accounts (per the amended schedules) and the validity of claimed exemptions and confirmed recovery of all non-exempt proceeds from bank accounts. Trustee is investigating the Debtor's financial affairs in an effort to identify additional assets of value to the Estate.**

Initial Projected Date of Final Report(TFR) : 06/30/2017        Current Projected Date of Final Report(TFR) :  06/30/2017

Trustee's Signature      /s/Elizabeth C Berg        Date:  04/07/2017
                         Elizabeth C Berg
                         20 N. Clark St., Suite 200
                         Chicago, IL 60602
                         Phone : (312) 726-8150

**Exhibit 8**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 16-21348 | **Trustee Name:** Elizabeth C Berg | |
| **Case Name:** OLSON, HAROLD J. | **Bank Name:** Texas Capital Bank | |
| | **Account Number/CD#:** ******5187 Checking Account | |
| **Taxpayer ID No:** **-***0969 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 4/7/2017 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/16/2016 | [8] | Harold J. Olson<br>119 W Galena Blvd. #301<br>Sugar Grove, IL 60554 | Turnover of Bank Account Funds | 1129-000 | 4,138.85 | | 4,138.85 |
| 09/06/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,123.85 |
| 10/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,108.85 |
| 11/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 4,093.85 |
| 03/14/2017 | 51001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation Allowed Per Ct. Order dated March 10, 2017 | 2100-000 | | 750.00 | 3,343.85 |
| 03/14/2017 | 51002 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | Attorney For Trustee Fees (Trustee Firm) Allowed Per Ct. Order dated March 10, 2017 | 3110-000 | | 1,750.00 | 1,593.85 |
| | | | Page Subtotals | | 4,138.85 | 2,545.00 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** | 16-21348 | |
| **Case Name:** | OLSON, HAROLD J. | |
| **Taxpayer ID No:** | **-***0969 | |
| **For Period Ending:** | 4/7/2017 | |

| | |
|---|---|
| **Trustee Name:** | **Elizabeth C Berg** |
| **Bank Name:** | **Texas Capital Bank** |
| **Account Number/CD#:** | ******5187 Checking Account |
| **Blanket bond (per case limit):** | **5,000,000.00** |
| **Separate bond (if applicable):** | **0.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/14/2017 | 51003 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272 | Disb of 2.85% to Claim #00001 | 7100-000 | | 721.11 | 872.74 |
| 03/14/2017 | 51004 | OneMain PO Box 3251 Evansville, IN 47731 | Disb of 2.85% to Claim #00002 | 7100-000 | | 245.83 | 626.91 |
| 03/14/2017 | 51005 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355 | Disb of 2.85% to Claim #00003 | 7100-000 | | 615.75 | 11.16 |
| 03/14/2017 | 51006 | American InfoSource LP as agent for Verizon PO Box 248838 Oklahoma City, OK 73124 | Disb of 2.85% to Claim #00004 | 7100-000 | | 11.16 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 1,593.85 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 4,138.85 | 4,138.85 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 4,138.85 | 4,138.85 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 4,138.85 | 4,138.85 |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 16-21348 | **Trustee Name:** Elizabeth C Berg |
| **Case Name:** OLSON, HAROLD J. | **Bank Name:** Texas Capital Bank |
| | **Account Number/CD#:** ******5187 Checking Account |
| **Taxpayer ID No:** **-***0969 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/7/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 4,138.85 | |
| All Accounts Gross Disbursements: | 4,138.85 | |
| All Accounts Net: | 0.00 | |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******5187 Checking Account | 4,138.85 | 4,138.85 | |
| **NetTotals** | 4,138.85 | 4,138.85 | 0.00 |

**Exhibit 9**